DAYTON BAR ASSOCIATION *v.* GROSS.

[Cite as *Dayton Bar Assn. v. Gross* (1995), 73 Ohio St.3d 1201.]

(No. 91–1251—Submitted June 21, 1995—Decided June 22, 1995.)

For earlier case, see *Dayton Bar Assn. v. Gross* (1991), 62 Ohio St.3d 224, 581 N.E.2d 520.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS and COOK, JJ., would require petitioner to submit an agreement with his sister as a condition of his reinstatement.